AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SUZETTE GUILLAUME, individually and on behalf <br> *Plaintiff* <br> v. <br> SELECT MEDICAL CORPORATION, <br> SELECT EMPLOYMENT SERVICES, INC., and <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SELECT MEDICAL CORPORATION
By serving Registered Agent, C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregg I. Shavitz, Esq.
Keith M. Stern, Esq.
SHAVITZ LAW GROUP, P.A.
1515 South Federal Hwy, Suite 404
Boca Raton, Florida 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SUZETTE GUILLAUME, individually and on behalf<br>*Plaintiff*<br>v.<br>SELECT MEDICAL CORPORATION,<br>SELECT EMPLOYMENT SERVICES, INC., and<br>*Defendant* | )<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SELECT EMPLOYMENT SERVICES, INC.
By serving Registered Agent, THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE STREET
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregg I. Shavitz, Esq.
Keith M. Stern, Esq.
SHAVITZ LAW GROUP, P.A.
1515 South Federal Hwy, Suite 404
Boca Raton, Florida 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*